United States District Court
Southern District of Texas
**ENTERED**
December 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SAMANTHA LOVING | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-58 |
| | § | |
| AMAZON.COM, INC. and GUSAR, | § | |
| LLC dba COLSEN FIRE PITS, | § | |
| | § | |
| Defendants. | § | |

## **STIPULATED DISMISSAL AS TO DEFENDANT AMAZON.COM**

On December 31, 2024, the plaintiff and defendant Amazon.com filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 46.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against Amazon.com in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 31st day of December, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE