| | | |
|---|---|---|
| SAMANTHA LOVING, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE: 3:23-cv-00058 |
| | § | |
| AMAZON.COM, INC. AND GUSAR, LLC | § | |
| DBA COLSEN FIRE PITS, | § | |
| | § | |
| DEFENDANTS. | § | |

## <u>PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT</u>

Comes now Plaintiff, Samantha Loving, by and through counsel, and files this her Motion to Enforce Settlement Agreement and in support states as follows:

1. This motion is made on the ground that the Plaintiff Loving and Defendant Gusar, LLC agreed to the terms of a settlement in a writing made by the parties and therefore the settlement is enforceable by way of motion.

2. Plaintiff was injured on June 26, 2022 while using a Colsen table top fire pit sold by Defendant Gusar, LLC DBA Colsen Fire Pits on defendant Amazon.com, Inc.'s website.

3. On February 23, 2023, Plaintiff filed suit against Defendant Gusar, LLC and Amazon.com, Inc. Counsel for Plaintiff also represents another individual injured by a Colsen Fire Pit in Colorado, Sopheary DeBenedictis.

4. Gusar LLC's insurer reached out to settle the matter in light of limited coverage and multiple seriously injured individuals. Plaintiff's counsel specifically discussed the multiple Defendants in this matter and specifically discussed potential settlement with only Gusar, LLC and proceeding against the remaining Defendant, Amazon.

5. On October 18, 2024, Plaintiff Loving and Ms. DeBenedictis agreed to settle and release their claims against Defendant Gusar, LLC in exchange for the sum of $1,000,000.00 (the remaining insurance limits on Gusar, LLC's policy.) For the reasons mentioned, the release was explicitly to be against Gusar, LLC only. (See attached Exhibit A.)

6. Plaintiff continued to follow-up to get the case funded but was recently told that Gusar LLC's insurer is refusing to pay the amount agreed to unless an additional defendant in the Colorado matter is also released. This email exchange is attached as Exhibit 2.

7. Gusar, LLC is wrongfully requiring the release of an additional Defendant in the Colorado matter to comply with its agreement to pay the settlement amount of $1,000,000.00.

8. Therefore, Plaintiff is filing her Motion to Enforce Settlement Agreement and seeking attorney fees for the time expended enforcing the settlement and interest on the settlement funds for the delay Plaintiff is suffering harms as a result of Defendant Gusar, LLC.'s wrongful and inexcusable unwillingness to abide by the unambiguous terms of their settlement agreement.

9. An enforcement action is also being filed in the Colorado matter.

Wherefore, Plaintiff Loving respectfully requests this Honorable Court order Defendant Gusar, LLC. to pay $1,000,000.00 in accordance with the terms of their settlement agreement. Plaintiff also requests Defendant Gusar, LLC. Be ordered to pay attorneys' fees and expenses. Further, Plaintiff Loving moves for an order enforcing the settlement agreement and entering judgment in accordance with the terms of the settlement agreement plus attorneys' fees and expenses.

Respectfully submitted,

**WILLIAMS HART & BOUNDAS, LLP**

By: */s/ Cesar Tavares*
Cesar Tavares
State Bar No. 24093726
Alma J. Reyes
State Bar No. 24064392
Michael Samaniego
State Bar No. 24115715
8441 Gulf Frwy, Suite 600
Houston, Texas 77017-5001
(713) 230-2200- Telephone
(713) 643-6226- Facsimile
tavareslitteam@whlaw.com - E-Service Email

**ATTORNEYS FOR PLAINTIFF SAMANTHA
LOVING**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 31, 2024, a true and correct copy of the foregoing document was served according to the Federal Rules of Civil Procedure via *ECF Efile.*

/s/ *Cesar Tavares*
Cesar Tavares