**Genae Leal, ACP**

| | |
|---|---|
| **From:** | Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com> |
| **Sent:** | Tuesday, November 12, 2024 9:23 AM |
| **To:** | Cesar Tavares |
| **Subject:** | RE: 24217551-DeBenedctis dol 6/24/22  Lovings /Gusar LLC |

# Thank you.

**Deborah Jackson, AIC**
Sr. Claims Resolution Specialist III-Small Commerical
Liberty Mutual Insurance, US Retail Markets
Policy Underwritten by Ohio Security Insurance Company
Indianapolis, IN
Direct Dial: 317-975-6508
Fax: 888-268-8840
Office Hours M-Thur 6:30 am to 4:30 pm, Fri 6:30 to 10:30 am EST

USPS MAIL (no FedEx or UPS)

| USPS Mail Only | FedEX/UPS (including Overnight, Next Day, and other non-USPS deliveries) |
|---|---|
| Liberty Mutual or Safeco Claims<br>P.O. Box 5014<br>Scranton, PA 18505-5014 | Liberty Mutual or Safeco Claims<br>19 Bert Colins Drive<br>Throop, PA 18512 |

**From:** Genae Leal, ACP <gleal@whlaw.com> **On Behalf Of** Cesar Tavares
**Sent:** Tuesday, November 12, 2024 10:08 AM
**To:** Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>
**Cc:** Cheng, David <DAVID.CHENG@LibertyMutual.com>; Cesar Tavares <ctavares@whlaw.com>; Genae Leal, ACP <gleal@whlaw.com>
**Subject:** {EXTERNAL} RE: 24217551-DeBenedctis dol 6/24/22 Lovings /Gusar LLC

See attached requested information.

**Genae Leal, ACP**
Advanced Certified Paralegal
Direct: 713-230-2347
gleal@whlaw.com



1

**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com

   

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

WKHBLLP

**From:** Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>
**Sent:** Tuesday, November 12, 2024 6:06 AM
**To:** Cesar Tavares <ctavares@whlaw.com>
**Cc:** Cheng, David <DAVID.CHENG@LibertyMutual.com>
**Subject:** RE: 24217551-DeBenedctis dol 6/24/22 Lovings /Gusar LLC

Good morning in anticipation of issuing the checks, can you please provide me with your tax information for your firm and confirm what address the checks need to be sent to.  Thank you.


**Deborah Jackson, AIC**
Sr. Claims Resolution Specialist III-Small Commerical
Liberty Mutual Insurance, US Retail Markets
Policy Underwritten by Ohio Security Insurance Company
Indianapolis, IN
Direct Dial: 317-975-6508
Fax: 888-268-8840
Office Hours M-Thur 6:30 am to 4:30 pm, Fri 6:30 to 10:30 am EST

USPS MAIL (no FedEx or UPS)

| USPS Mail Only | FedEX/UPS (including Overnight, Next Day, and other non-USPS deliveries) |
|---|---|
| **Liberty Mutual or Safeco Claims** P.O. Box 5014 Scranton, PA 18505-5014 | **Liberty Mutual or Safeco Claims** 19 Bert Colins Drive Throop, PA 18512 |

**From:** Cesar Tavares <ctavares@whlaw.com>
**Sent:** Monday, November 11, 2024 3:39 PM
**To:** Steven Boatright <swb@omhlaw.com>; Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>
**Cc:** Cheng, David <DAVID.CHENG@LibertyMutual.com>; CReed@thompsoncoe.com
**Subject:** {EXTERNAL} RE: 24217551-DeBenedctis dol 6/24/22 Lovings /Gusar LLC

To our firm in trust for both clients.


**Cesar Tavares**
Partner
Direct: 713-230-2236
ctavares@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com

   

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.
WKHBLLP

**From:** Steven Boatright <swb@omhlaw.com>
**Sent:** Thursday, October 31, 2024 10:10 AM
**To:** Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>; Cesar Tavares <ctavares@whlaw.com>
**Cc:** Cheng, David <DAVID.CHENG@LibertyMutual.com>; CReed@thompsoncoe.com
**Subject:** RE: 24217551-DeBenedctis dol 6/24/22 Lovings /Gusar LLC

Please also let us know how you would like the checks made out. I'll include that information in the release.

~Steve

**Steven W. Boatright, Esq.**



OVERTURF McGATH & HULL, P.C.

625 East 16th Avenue, Suite 100
Denver, CO 80203

(Office) (303) 860-2848 Ext. 597
(Direct) (303) 866-9490
(Cell) (303) 725-8256
(Fax) (303) 860-2869
omhlaw.com

This electronic communication contains information from the law firm of Overturf McGath & Hull, P.C. that may be confidential or privileged, pursuant to the attorney-client privilege or work-product doctrine. The information transmitted in this e-mail and any attachment is intended only for the exclusive use of the individual or recipients named above and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510, et seq. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify the offices of Overturf McGath & Hull, P.C. immediately.

**From:** Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>
**Sent:** Thursday, October 24, 2024 8:51 AM
**To:** Cesar Tavares <ctavares@whlaw.com>
**Cc:** Cheng, David <DAVID.CHENG@LibertyMutual.com>; Steven Boatright <swb@omhlaw.com>; CReed@thompsoncoe.com
**Subject:** RE: 24217551-DeBenedctis dol 6/24/22 Lovings /Gusar LLC

**External Email**

Good morning and thank you for your acceptance of the offer of the remaining policy limits in the amount of $1,000,000.00 to resolve both Samantha Loving and Sopheary Debenedictis claims.  We are currently working on a full and final release of all parties and both of our attorneys are working together to get this completed.  Please provide me with your Tax ID so that we can confirm that we have the proper information.  Please contact me if you have any questions.  Thank you.

**Deborah Jackson, AIC**
Sr. Claims Resolution Specialist III-Small Commerical
Liberty Mutual Insurance, US Retail Markets
Policy Underwritten by Ohio Security Insurance Company
Indianapolis, IN
Direct Dial: 317-975-6508

4

Fax: 888-268-8840

Office Hours M-Thur 6:30 am to 4:30 pm, Fri 6:30 to 10:30 am EST

USPS MAIL (no FedEx or UPS)

| USPS Mail Only | FedEX/UPS (including Overnight, Next Day, and other non-USPS deliveries) |
|---|---|
| **Liberty Mutual or Safeco Claims** P.O. Box 5014 Scranton, PA 18505-5014 | **Liberty Mutual or Safeco Claims** 19 Bert Colins Drive Throop, PA 18512 |

---

**From:** Cesar Tavares <ctavares@whlaw.com>
**Sent:** Friday, October 18, 2024 5:59 PM
**To:** Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>
**Cc:** Dan Sloane <Dan@denvertriallawyers.com>
**Subject:** {EXTERNAL} RE: 24217551-DeBenedctis dol 6/24/22

Ms. Jackson,

I have spoken with both of my clients, DeBenedictis and Loving, and they have agreed to accept the $1,000,000 to release Gusar, LLC from their combined claims against Gusar, LLC.  Please give me call when you have a chance to discuss.


**Cesar Tavares**
Partner
Direct: 713-230-2236
ctavares@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com

   

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.
WKHBLLP

---

**From:** Cesar Tavares
**Sent:** Friday, October 18, 2024 4:31 PM

**To:** Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>
**Subject:** RE: 24217551-DeBenedctis dol 6/24/22

Hey Ms. Jackson,

Please give me a call when you can again on the below. I'm at 713-445-6425 (cell)

---

**From:** Jackson, Deborah A <DEBORAHA.JACKSON@LibertyMutual.com>
**Sent:** Wednesday, October 16, 2024 6:43 AM
**To:** Cesar Tavares <ctavares@whlaw.com>
**Subject:** 24217551-DeBenedctis dol 6/24/22

Mr. Tavares, we have received the order granting out of state counsel regarding the Plaintiff Sopherary Debendicts.  We are also aware that you represent Samantha Loving.  There is a mediation set for November 11, 2024 regarding Samantha Lovings case that could exhaust the remaining policy limits.

Please contact me so that we can discuss this matter in further detail.  Thank you.

**Deborah Jackson, AIC**
Sr. Claims Resolution Specialist III-Small Commerical
Liberty Mutual Insurance, US Retail Markets
Policy Underwritten by Ohio Security Insurance Company
Indianapolis, IN
Direct Dial: 317-975-6508
Fax: 888-268-8840
Office Hours M-Thur 6:30 am to 4:30 pm, Fri 6:30 to 10:30 am EST

USPS MAIL (no FedEx or UPS)

| USPS Mail Only | FedEX/UPS (including Overnight, Next Day, and other non-USPS deliveries) |
|---|---|
| Liberty Mutual or Safeco Claims P.O. Box 5014 Scranton, PA 18505-5014 | Liberty Mutual or Safeco Claims 19 Bert Colins Drive Throop, PA 18512 |